IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN SHAWN CRENSHAW, ) <br> # 238636, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> WALTER MYERS, *et al.*, ) <br> ) <br>     Respondents. ) | Civil Action No. <br> 2:18cv169-WHA-CSC <br> [WO] |

**ORDER**

On December 22, 2020, the Magistrate Judge entered a Recommendation that Petitioner Stephen Shawn Crenshaw's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and this case be dismissed with prejudice, because the petition is time-barred under the one-year limitation period in 28 U.S.C. § 2244(d). (Doc. # 17.) Crenshaw has filed Objections and a Motion for Appointment of Counsel. (Doc. # 19.) Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation and Crenshaw's Objections, it is ORDERED as follows:

    1. Crenshaw's Objections (Doc. # 19) are OVERRULED;

    2. The Magistrate Judge's Recommendation (Doc. # 17) is ADOPTED; and

    3. This case is DISMISSED with prejudice.

It is further ORDERED that Crenshaw's Motion for Appointment of Counsel (Doc. # 19) is DENIED.

Final judgment will be entered separately.

DONE this 28th day of January, 2021.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE